IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:12-271-JFA |
|---|---|---|
| v. | ) | ORDER |
| RACHEL DUNCAN | ) | |

The government has moved to reduce the defendant's sentence pursuant to Fed. R. Crim. P. 35(b), requesting a two-level reduction as a result of the defendant's cooperation in assisting law enforcement. The defendant has filed a memorandum in support of the requested reduction.

Inasmuch as the criminal matters referred to in the motion have not yet come to fruition, the court will deny the motion without prejudice and with leave to refile when the matters referred to in the government's motion have been resolved.

IT IS SO ORDERED.

October 25, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge